# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ROBERT HOLMES, III,<br>　　　　　　Appellant,<br>　　　　vs.<br>LAS VEGAS METROPOLITAN POLICE<br>DEPARTMENT,<br>　　　　　　Respondent. | No. 71680 |
| ROBERT HOLMES, III,<br>　　　　　　Appellant,<br>　　　　vs.<br>LAS VEGAS METROPOLITAN POLICE<br>DEPARTMENT,<br>　　　　　　Respondent. | No. 72379 |

FILED

NOV 14 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
　　DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

Docket No. 71680 is an appeal from an order granting summary judgment in a civil forfeiture case, and is back before this court after reversal and remand in Docket No. 62274. Docket No. 72379 is an appeal from a special order after final judgment awarding attorney fees and costs. Respondent has filed motions to dismiss the appeals as premature because the claims against co-defendant below, Daimon Monroe, remain pending below. Appellant has not opposed the motions. Having reviewed the order

17-39105

appealed from, and cause appearing, we grant the motions to dismiss and we

ORDER these appeals DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Douglas Smith, District Judge
Robert Holmes, III
Marquis Aurbach Coffing
Liesl K. Freedman
Matthew J. Christian
Eighth District Court Clerk

---

[1]We deny as moot appellant's motions for an extension of time to file the informal opening brief.